CITY OF NEW BRUNSWICK, PLAINTIFF-PETITIONER, v.
BOROUGH OF MILLTOWN, DEFENDANT-RESPONDENT.

*Mr. Paul W. Ewing* for the petitioner.

*Messrs. Hicks, Kuhllhau, Thompson & Molineux* for the
respondents.

June 30, 1949. Denied.